**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
R.S. et al.,

                                  Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                  Defendant.
----------------------------------------------------------------X

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**24-CV-6164 (JLR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on November 7, 2024 (doc. no 18) the Initial Case Management Conference currently scheduled for **December 13, 2024** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               November 8, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge